UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RICHARD SHAPIRO,

               Plaintiff,

  v.

SANTA CLARA COUNTY SUPERIOR
COURT et al,

               Defendant.

_____/

Case Number: CV07-05049 MJJ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Richard Shapiro
6419 Tobria Terrace
#304
Carlsbad, CA 92011


Dated: October 25, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk