UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHAPIRO,<br><br>        Plaintiff,<br><br>  v.<br><br>SANTA CLARA COUNTY SUPERIOR COURT et al,<br><br>        Defendant. | Case Number: CV07-05049 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Shapiro
6419 Tobria Terrace
#304
Carlsbad, CA 92011

Dated: December 7, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk